*1154 ante, p. 1104;
544 U. S. 1031;
544 U. S. 949;
544 U. S. 1018;
544 U. S. 1032;
544 U. S. 1018;
544 U. S. 1032;
544 U. S. 1032;
ante, p. 1112;
544 U. S. 1033;
544 U. S. 1034;
544 U. S. 1034;
ante, p. 1105;
544 U. S. 1062;
543 U. S. 1065;
544 U. S. 1034;
543 U. S. 1163;
544 U. S. 1035;
544 U. S. 951;
544 U. S. 1035;
544 U. S. 963;
544 U. S. 982;
544 U. S. 1001;
544 U. S. 1003;
*1155 No. 04-8804.
No. 04-8843.
No. 04-8848.
No. 04-8859.
No. 04-8886.
No. 04-8897.
No. 04-8936.
No. 04-8948.
No. 04-8951.
No. 04-8953.
No. 04-8977.
No. 04-8989.
No. 04-9017.
No. 04-9023.
No. 04-9030.
No. 04-9053.
No. 04-9180.
No. 04-9207.
No. 04-9221.
No. 04-9289.
No. 04-9290.
No. 04-9323.
No. 04-9337.
No. 04-9347.
No. 04-9360.
No. 04-9376.
No. 04-9378.
544 U. S. 1003;
544 U. S. 1019;
544 U. S. 1019;
544 U. S. 1020;
544 U. S. 1020;
544 U. S. 1021;
544 U. S. 1021;
544 U. S. 1022;
544 U. S. 1004;
544 U. S. 1022;
544 U. S. 1022;
544 U. S. 1035;
544 U. S. 1036;
544 U. S. 1036;
544 U. S. 1036;
544 U. S. 1037;
544 U. S. 1039;
544 U. S. 1051;
544 U. S. 1051;
544 U. S. 1006;
544 U. S. 1052;
544 U. S. 1053;
544 U. S. 1053;
544 U. S. 1053;
544 U. S. 1040;
544 U. S. 1008;
544 U. S. 1040;
*1156 No. 04-9400.
No. 04-9452.
No. 04-9457.
No. 04-9471.
No. 04-9499.
No. 04-9511.
No. 04-9523.
No. 04-9565.
No. 04-9636.
No. 04-9662.
No. 04-9670.
No. 04-9715.
No. 04-9849.
No. 04-9861.
No. 04-9874.
544 U. S. 1064;
544 U. S. 1040;
544 U. S. 1065;
544 U. S. 1065;
544 U. S. 1025;
ante, p. 1107;
ante, p. 1107;
544 U. S. 1041;
544 U. S. 1042;
544 U. S. 1066;
544 U. S. 1043;
544 U. S. 1031;
544 U. S. 1048;
544 U. S. 1067; and
ante, p. 1120. Petitions for rehearing denied.